So Ordered.

*s/ Christopher A. Boyko*
Senior United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATALIE KELLY, | ) | CASE NO. 1:21-cv-01142 |
| Plaintiff, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | **STIPULATION OF DISMISSAL** |
| JOHNNY'S TAVERN AND RESTAURANT, INC., *et al.,* | ) ) ) | **WITHOUT PREJUDICE** |
| Defendants. | ) ) ) | |

Now come Plaintiff and Defendants, by and through counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and provide notice of stipulation of dismissal of the claims in the above-referenced matter *without prejudice.*

Respectfully submitted,

| | |
|---|---|
| *s/ Ryan A. Winters* | *s/Thomas L. Colaluca (via consent)* |
| Joseph F. Scott (0029780) | Thomas L. Colaluca (0011462) |
| Ryan A. Winters (0086917) | 1400 West Sixth Street |
| Kevin M. McDermott II (0090455) | Suite 300 |
| SCOTT & WINTERS LAW FIRM, LLC | Cleveland, Ohio 44113 |
| The Caxton Building | (216) 212-4023 Phone |
| 812 Huron Rd. E., Suite 490 | tlc@colaluca-law.com |
| Cleveland, OH 44114 | |
| P: (216) 912-2221 | F: (216) 350-6313 | *Attorneys for Defendants* |
| jscott@ohiowagelawyers.com | |
| rwinters@ohiowagelawyers.com | |
| kmcdermott@ohiowagelawyers.com | |

*Counsel for Plaintiff*